Herbert PATE et al., Plaintiffs-Appellees,

v.

DADE COUNTY SCHOOL BOARD et al.,
Defendants-Appellees-Cross Appellants,

v.

Alice LOVE, Carswell Washington
et al., Intervenors-Appellants,
Cross Appellees.

No. 29179.

United States Court of Appeals,
Fifth Circuit.

April 28, 1970.

See also 5 Cir., 430 F.2d 1175.

James W. Matthews, Miami, Fla., for Love et al.

Larry S. Stewart, Miami, Fla., for Pate.

Claude R. Kirk, Jr., Governor, Tallahassee, Fla., for State of Florida.

Fred C. Davant, Miami, Fla., for Immerfall and Russell.

Jerris Leonard, Atty., U. S. Dept. of Justice, Civil Rights Div., Washington, D. C., Gerald Mager, Legal Counsel to the Governor, Tallahassee, Fla., for other appellants.

George C. Bolles, Miami, Fla., for Dade County School Board.

William C. Cramer, Washington, D. C., amicus curiae.

### ON SUGGESTION FOR HEARING EN BANC

ORDER:

v.

DADE COUNTY SCHOOL BOARD et al.,
Defendants-Appellees,

v.

CORAL REEF CIVIC ASSOCIATION,
Inc., et al., Intervenors-Appellants.

Herbert PATE et al., Plaintiffs-Appellees,

v.

DADE COUNTY SCHOOL BOARD et al.,
Defendants-Appellees-Cross Appellants,

v.

Alice LOVE, Carswell Washington et al.,
Intervenors-Appellants-Cross Appellees.

Nos. 29039, 29179.

United States Court of Appeals,
Fifth Circuit.

June 5, 1970.

See also 5 Cir., 430 F.2d 1175.

James W. Matthews, Miami, Fla., for Love et al.

Larry S. Stewart and Henry A. Agar, Miami, Fla., for Pate.

Fred C. Davant, Miami, Fla., for Immerfall and Russell.

Jerris Leonard, Atty. U. S. Dept. of Justice, Civil Rights Div., Washington, D. C., Gerald Mager, Legal Counsel to the Governor, Tallahassee, Fla., for the State.

George C. Bolles, Miami, Fla., for appellees.

William C. Cramer, amicus curiae.

Before JOHN R. BROWN, Chief Judge, and MORGAN and INGRAHAM, Circuit Judges.

PER CURIAM.

It appearing to this court that the District Court for the Southern District of Florida held additional hearings on May 22, 1970, on the adoption of a plan

**1176**

to establish a unitary school system in Dade County, Florida, it is hereby ordered the above-named appeals be remanded to the District Court for the Southern District of Florida pending the approval by said district court of any new orders or plans, and it is further ordered that any new plans, together with any Findings of Fact and Conclusions of Law thereon, shall be filed with this court within 20 days from the date hereof. Jurisdiction of these appeals is retained in this court during the limited remand for the purposes above stated.

Remanded for further proceedings consistent herewith.